**Opinion filed July 9, 2009**



In The

# Eleventh Court of Appeals

_____

## No. 11-08-00174-CV

_____

## DAN EDSWORTH GREER, Appellant

## V.

## DAVID THOMPSON, Appellee

**On Appeal from the 132nd District Court**

**Scurry County, Texas**

**Trial Court Cause No. 22912**

## M E M O R A N D U M   O P I N I O N

The parties have filed a joint motion asking this court to set aside the trial court's judgment without regard to the merits and to remand the cause for further consideration in the trial court consistent with the parties agreement. The motion is granted.

Pursuant to the parties agreement, the judgment of the trial court is reversed, and the cause is remanded.

July 9, 2009                                                                    PER CURIAM

Panel consists of: Wright, C.J.,
McCall, J., and Strange, J.